IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOEL BONK, | 3:11-CV-00637-BR |
| Plaintiff, | **JUDGMENT OF REMAND** |
| v. | |
| MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the Court's Opinion and Order (#18) issued July 23, 2012, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate payment to Plaintiff of SSI and DIB that accrued from June 27, 2006, through December 31, 2007.

Dated this 24th day of July, 2012.

*[signature]*
ANNA J. BROWN
United States District Judge

JUDGMENT OF REMAND