IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JOEL BONK,**

                     **Plaintiff,**

      v.

**MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,**

                     **Defendant.**

3:11-CV-00637-BR

**JUDGMENT OF REMAND**

Based on the Court's Opinion and Order (#18) issued July 23, 2012, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for the immediate payment to Plaintiff of SSI and DIB that accrued from June 27, 2006, through December 31, 2007.

Dated this 24th day of July, 2012.

                                                /s/ Anna J. Brown
                                                ANNA J. BROWN
                                                United States District Judge

JUDGMENT OF REMAND